UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

December 13, 2023

Xingfei Luo
11151 Valley Boulevard, Unit 4886
El Monte, CA 91734

**RE:**     **22-1403, Luo v. Wang, et al**
          Dist/Ag docket: 1:20-CV-02765-RMR-MEH

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

                                                                    Sincerely,

                                                                    Christopher M. Wolpert
                                                                      Clerk of Court

cc:      Katayoun A. Donnelly
           Eugene Volokh

CMW/lg